The State, on the relation of Druliner *v.* Clark.

Tuesday.     APPEAL from the *St Joseph* Common Pleas.
May 28.
        *Per Curiam.*—The judgment in this case is affirmed, with
costs, on the authority of *The State, ex. rel. &c.* v. *Clark,* at
this term, (*ante,* p. 97,) to which it is precisely similar.

*R. L. Farnsworth* and *J. A. Liston,* for the appellant.

*H. C. Newcomb, J. S. Harvey,* and *J. Tarkington,* for
the appellee.